**EXHIBIT 1**

Capital Reporting Company
District of Columbia Taxi Cab Commission   03-17-2011

1

DISTRICT OF COLUMBIA TAXI CAB COMMISSION

FULL COMMISSION MEETING


March 17, 2011

Capital Reporting Company
District of Columbia Taxi Cab Commission   03-17-2011

14

1  with the cost of living in Washington we are way

2  behind.

3         MR. SWAIN:   Thank you.   Next?   Just come up

4  to the table and sign in please.   Good morning, Mr.

5  Lucas.

6         MR. LUCAS:   My name is William Lucas.   The

7  gas surcharge; the last time we was given a gas

8  surcharge, this Commission made the rules and they said

9  you would, go up or down, whichever the situation would

10  call for.   Now, you just say that you all don't have

11  the authority to do the gas surcharge; that it's up to

12  the Mayor.

13         MR. SWAIN:   We do.   Sir, under the 2009, the

14  Mayor directed that Adrian Fenty signed all the

15  authority -- it took away of the authority or gave the

16  authority to --

17         MR. PRICE:   That thing should be over with

18  now.

19         MR. SWAIN:   Excuse me, sir.   Under the

20  Mayor's directive, that was in 2009, it gave the

21  authority for a rate increase in excess of five

22  percent, and the authority for all surcharges to be

15

1  authorized only by the Mayor.  This Body does not have

2  the authority to do so.  That's why we sent the review

3  over the Mayor, because our recommendations for the

4  fare increase exceeded the five percent.  So, all of

5  that was covered under that one document, sir.  And

6  that right for the surcharge is still maintained by the

7  Mayor of the District of Columbia.  This Body doesn't -

8  -

9          MR. PRICE:  You said Mayor Fenty, right?

10         MR. SWAIN:  No.  We sent it to Mayor Gray.

11         MR. PRICE:  Yes, you did.

12         MR. SWAIN:  We sent it to Mayor Fenty when he

13 was still Mayor, and then we sent it over again to

14 Mayor Gray when he became Mayor.

15         UNIDENTIFIED MALE:  When was this?

16         MR. SWAIN:  Right after he got into office,

17 once he was sworn in, we forwarded it to his office.

18 And, --

19         UNIDENTIFIED MALE:  Would that be after

20 December or January?

21         MR. SWAIN:  No.  It would be after January.

22         UNIDENTIFIED MALE:  After January?

Capital Reporting Company
District of Columbia Taxi Cab Commission   03-17-2011

16

1        MR. SWAIN:  Yes.  And it was sent over to

2   him, and they have acknowledged that they have it, and

3   he responded back with the $19 -- the removal of the

4   $19  -- the repeal of the $19.

5        MR. BURNS:  Mr. Lucas, before you leave, did

6   you have a certain amount and can explain why you have

7   selected that amount for a fare increase?

8        MR. SWAIN:  Thank you, Mr. Burns.

9        MR. LUCAS:  Yes.  With the way the gas is

10  going up now; okay, it's -- I'll go along with the

11  other two of about at least $1.50.

12        MR. BURNS:  Do you have any mathematical

13  reasons or calculations for why that amount is

14  selected?

15        MR. LUCAS:  Yes.  It causes me $20 only to

16  put five gallons of gas in my car, and when I put that

17  $20 in there, by the time I go out and make $50 or $60,

18  I've got to go back to the gas tank.

19        UNIDENTIFIED FEMALE:  If you make $50 or $60.

20        MR. LUCAS:  And the way things are, I might

21  not even make $50, and I've got to go back.

22        MR. SWAIN:  Thank you, Mr. Lucas.  Next?

Capital Reporting Company
District of Columbia Taxi Cab Commission  03-17-2011

17

1   Please sign in, sir.

2        MR. DAGNEW:  I will.  Dawit Dagnew, Owners

3   Operators Association Class Chairman.  I would agree on

4   this rate gas surcharge issue.  I would agree with my

5   colleagues about this $1.50 with the reasons, all the

6   reasons that have been given.  My only difference would

7   be interstate fares.  Up until that rate review would

8   come up, at least the most of what is killing is taking

9   out the interstate fares, and I would suggest, at least

10  for the time being, until we get this confirmation from

11  the Mayor's Office about this rate increase, then I

12  urge this Commission, with its power, to put up $3 for

13  interstate rate on the name of surcharge.  Dulles

14  Airport people, who pays companies $65/$69, and we are

15  only taking (inaudible) dollars.  And, it's not -- $3

16  is not asking too much for this kind of trip.  National

17  Airport; people pay $16/$17 to come into the City while

18  we charge them for $8 or $10.  So $3 -- I will separate

19  two things:  interstate, $3; $1.50 for just in the

20  City.  I would appreciate that.  And I will come back

21  for the (inaudible).

22        MR. SWAIN:  Anyone else, please?

Capital Reporting Company
District of Columbia Taxi Cab Commission   03-17-2011

18

1          MR. HUMBLES:  Good morning.  My name is

2    Vernon Humbles, D.C. Taxicab driver.  I haven't heard

3    the others say this, but the last time we had a fuel

4    surcharge, it was recommended by the Taxicab Commission

5    upon emergency legislation.  It was only good for a

6    period of days; I'm recalling 90 days.

7          MS. ROBINSON:  It was 180.

8          MR. HUMBLES:  Oh?  Ninety, 180 days, and then

9    it could be renewed.  So I would think what could come

10   out of this Commission today is a recommendation to the

11   Mayor, and that could come out of this Commission

12   today, upon recommendation of the Taxicab Commission,

13   emergency legislation.  Emergency legislation has to be

14   immediately taken up by the City Council or the Mayor.

15   Put it on his desk.  And also, whatever he is recalling

16   of this legislation under Fenty, ask that it be null

17   and void.  Put it on his desk.  Ask him whatever

18   legislation he is referring to, ask that it be acted

19   on, null and void, and emergency legislation be

20   adopted.  You have to put it on his desk that way.

21   Okay?  We are asking for emergency legislation, and

22   that way it has to be taken up immediately.  Okay?

Capital Reporting Company
District of Columbia Taxi Cab Commission   03-17-2011

19

1   And, I wouldn't oppose anything that they have said.  I

2   was hoping for at $1.  This has gone on too far.  It's

3   too long.  Every jurisdiction, you know -- every

4   jurisdiction already has a gas surcharge, and we are

5   already on the bottom of the scale, as far as fares go,

6   but we absolutely -- nobody -- nobody would even oppose

7   a gas surcharge.  Nobody in the public would oppose

8   that.  So it has to come out of this -- you all have to

9   put it on his desk, emergency legislation.

10            MR. COHN:  Just to give you the process here,

11  all right?  The Commission is basically on the record

12  as wanting our authority back, all right?  So that's

13  not just -- it hasn't gotten back yet, but we have

14  asked for that.

15            The second issue is, we can't draft

16  legislation.  The legislation has to be introduced by a

17  Council member.  But, we can obviously through -- I

18  mean you guys are going to somehow -- you guys and

19  ladies are going to somehow lobby the Mayor for the

20  surcharge, but since that's in his domain, you are

21  going to have to figure out how to get in front of him.

22  But, maybe a Council member could introduce emergency

Capital Reporting Company
District of Columbia Taxi Cab Commission   03-17-2011

20

1    legislation.  It would be simple for him to, I think,

2    for whoever -- right now the Commission is under Tommy

3    Wells, but, as you see, Marion Barry introduced this

4    legislation; so anyone can introduce legislation on an

5    emergency basis at the Council level.

6              MR. HUMBLES:  What --

7              MR. COHN:  I guess we could request it.  I

8    don't know.  I would have to find out what the legality

9    of that would be.

10             MR. HUMBLES:  No.  And, we will request that

11   part.  But, like I said, --

12             MR. SWAIN:  Thank you.

13             MR. COHN:  Thank you.

14             MR. HUMBLES:  Thank you.

15             MR. SWAIN:  Mmm-hmm (in the affirmative).

16   Mr. Humbles, did you sign in, sir?

17             MR. HUMBLES:  I signed in over here.

18             MR. SWAIN:  Yes, sir.  Thank you.  Mr.

19   Frankel?

20             MR. FRANKEL:  I am Larry Frankel.  I am a

21   Chairman of Dominion Cab Drivers.  I drive Five-Star,

22   520.  I would like to answer you, Mr. Burns, most of

Capital Reporting Company
District of Columbia Taxi Cab Commission   03-17-2011

22

1   everything is based on market, according to demand and

2   supply.  When the economy is not doing good and

3   everything is increasing, we have to go with the market

4   economy.  But since most of our fare is from Washington

5   going to Virginia, every cab driver who are here, they

6   are losing.  Since we are here, why we don't talk about

7   at least to make it equal with the rest of the country

8   around us, because we are the only people suffering

9   than in other countries?

10          MR. SWAIN:  sir, just like we said earlier,

11  the authority to raise the rates beyond five percent

12  rests solely with the Mayor.  This Body took and sent

13  the proposal to the Mayor, which was in excess of the

14  five percent that we are allowed to authorize solely on

15  our own, and we have forwarded that to the Mayor.  We

16  do not have the authority to raise the rates past the

17  five percent.  So once we have completed our study,

18  gathered all the information, we forwarded that

19  information over to the Mayor's Office, to the City

20  Administrator, with the recommendations.

21          MR. ALI:  I saw him -- I recognized -- I saw

22  him, the Mayor.  I asked him personally, I said, we are

DISTRICT OF COLUMBIA TAXICAB COMMISSION

+  +  +  +  +

REGULAR FULL COMMISSION MEETING

+  +  +  +  +

WEDNESDAY,
APRIL 8, 2009

+  +  +  +  +


          The Commission convened at 10:00
a.m. in Room 204, 2041 Martin Luther King Jr.
Avenue, S.E., Washington, D.C., Leon J. Swain,
Jr., Chairperson, presiding.


PRESENT:


LEON J. SWAIN, JR., Chairperson

DOREEN E. THOMPSON, General Counsel

INDER RAJ PAHWA, Commissioner

SANDRA C. ALLEN, Commissioner

PAUL COHN, Commissioner

BART LASNER, Commissioner


THOMAS E. HEINEMANN, Commissioner

A. CORNELIUS BAKER, Commissioner

1   October?

2                CHAIRMAN SWAIN:  October 1st.

3                COMMISSIONER COHN:  Okay, and

4   we're going to have our information back?

5                CHAIRMAN SWAIN:  Yes, you will.

6                COMMISSIONER COHN:  And you think

7   that the -- our authority would be back in

8   June?

9                CHAIRMAN SWAIN:  That's what I've

10  been led to understand, sir.

11               COMMISSIONER COHN:  And then I,

12  you know, I can support that as a total

13  package, that we should not increase fees

14  until we increase fares.  That's my opinion.

15               CHAIRMAN SWAIN:  Mr. Pahwa?

16               COMMISSIONER PAHWA:  We should not

17  even consider of increasing the fees unless

18  the fare in increased first.

19               CHAIRMAN SWAIN:  Okay, anyone

20  else?

21               MS. THOMPSON:  The motion is on

22  the floor.

1                  CHAIRMAN SWAIN:  Okay, the motion

2    is on the floor.

3                  All in favor of the motion as been

4    set forth say "aye".

5                  (Chorus of ayes.)

6                  CHAIRMAN SWAIN:  All opposed.

7                  (No response.)

8                  CHAIRMAN SWAIN:  The ayes have it.

9                  Ms. Allen, could I get

10   clarification of your motion, please?

11                  COMMISSIONER ALLEN:  Clarification

12   of my motion was that we increase the per mile

13   rate by September 15th.  And that was my

14   motion.

15                  After we have gotten the count

16   that asks -- which would give us time and get

17   the study and the calibrations of the meters

18   done, so that it would all be done at one

19   time.

20                  CHAIRMAN SWAIN:  At one time.

21                  COMMISSIONER COHN:  May I have the

22   friendly amendment here.

1          COMMISSIONER ALLEN:  Okay.

2          COMMISSIONER COHN:  Councilman,

3     what I think we're trying to say, is that

4     there should be no increase in fees, unless

5     there is an increase in mileage or farebox.

6     And we're doing a study to see where we are.

7          CHAIRMAN SWAIN:  Yes.

8          COMMISSIONER COHN:  Now, if we're

9     the highest people of the jurisdiction, which

10    just on the information we have so far, we

11    know we're not.

12         CHAIRMAN SWAIN:  Yes.

13         COMMISSIONER COHN:  So we know

14    that there's going to be some type of fare

15    increase, all right?  However we're going to

16    adjust our rates to be competitive with the

17    rates in our jurisdictions in the surroundings

18    jurisdictions.  But we are not going to

19    support increased fees, unless that happens.

20         COMMISSIONER PAHWA:  That's

21    correct.

22         COMMISSIONER ALLEN:  And I accept

1    that as a friendly amendment.

2              COMMISSIONER PAHWA:  Yes, I second

3    that.

4              CHAIRMAN SWAIN:  Okay.

5              COMMISSIONER ALLEN:  So we have a

6    --

7              CHAIRMAN SWAIN:  Yes, okay.

8              COMMISSIONER BAKER:  So what

9    precisely is the most --

10             CHAIRMAN SWAIN:  What the motion

11   basically says is that we let the support of

12   the raising of the proposed fees, unless it's

13   tied to an increase of the fares.

14             COMMISSIONER BAKER:  I just want

15   to make sure that we're all on the same page.

16             CHAIRMAN SWAIN:  Yes.

17             COMMISSIONER BAKER:  So, I mean,

18   timing wise, and we've always had trouble on

19   the timing to be quite honest.  I mean, if

20   we're asking for a study, right, to be done on

21   this, it hasn't been vetted yet.  We don't

22   meet in August.  So that means, in order for

1    an increased fare to be effective, we would

2    need to vote on this in June or July.

3              Is that a reasonable date to have

4    a study done to debate it in open Commission

5    meeting?  Having put out there for comment,

6    and have it finalized and implemented by -- I

7    don't know how much time it takes to calibrate

8    7,000 meters, but it's going to take some

9    time.

10             I mean, is it a realistic

11   expectation to have this done by September

12   15th, or are we just being set up?  To say,

13   okay, they passed this, but we're going to

14   pass these fees on anyway, and the fare

15   increases, well, that'll happen later, just

16   cause we couldn't get it done in time.

17             CHAIRMAN SWAIN:  No.

18             COMMISSIONER BAKER:  That's my

19   question.

20             COMMISSIONER ALLEN:  Mr. Chairman,

21   the reason I selected a date, September the

22   15th, was because I had taken into

1    consideration the length of time since the

2    study should have already begun.  The length

3    of time that it would take -- be time enough

4    for the manufacturer, how long it will take to

5    recalibrate, so that everything would be ready

6    by -- and there's a drop-dead date.

7              September the 15th is a drop-dead

8    date for the increase in fares.

9              So, I was thinking along with you

10   on the length of time that it takes, is there

11   a time line?

12             So that's why the time line was

13   set.  Cause otherwise I could sit here and

14   say, well, we going to increase the fees

15   tomorrow, you know?  I mean, so that was the

16   reason it was done in the manner it was.

17             COMMISSIONER COHN:  Is that date

18   agreeable to you?

19             CHAIRMAN SWAIN:  It's agreeable.

20   The thing about it is the one thing that Mr. -

21   - a comment raised, he said that --

22             COMMISSIONER ALLEN:  Was that me?

1              CHAIRMAN SWAIN:  Yes, as I said,

2    we'll just have a special meeting.

3              Yes, sir?

4              COMMISSIONER PAHWA:  Yes, we have

5    to.  There is no question.

6              CHAIRMAN SWAIN:  So that, you

7    know, we can set up another meeting.

8              COMMISSIONER COHN:  And can the

9    Commission get a definitive, sort of

10   definitive answer on when we're going to have

11   it?  If the study were let tomorrow, is it a

12   30 day, is it 60 days?

13             CHAIRMAN SWAIN:  We've asked for a

14   30-day turnaround.

15             COMMISSIONER COHN:  Thirty-day

16   turnaround.

17             CHAIRMAN SWAIN:  Yes.

18             COMMISSIONER COHN:  So, we will

19   have that information fairly soon.

20             CHAIRMAN SWAIN:  Yes, we asked for

21   a 30-day turnaround.

22             COMMISSIONER HEINEMANN:  That

1   would probably be a best case scenario, would

2   be a June meeting, correct?

3          COMMISSIONER COHN:  Yes.

4          COMMISSIONER HEINEMANN:  And a

5   fare increase would be subject to what, a 30-

6   day comment period?  What are the

7   technicalities that we need to be aware of?

8          MS. THOMPSON:  You know in the

9   past, yes.  Any proposal we're making has a

10  30-day comment period.  What has happened in

11  the past is we have done, I think, fare

12  increases in the form of the surcharge.

13         COMMISSIONER HEINEMANN:  Yes.

14         MS. THOMPSON: And that was always

15  being done under sort of emergency, so it took

16  effect the date we made the decision.  And so

17  avoiding the 30-day comment period.

18         I know the discussion has been

19  about the rate, but you got the fare cap issue

20  also.  So I don't know how that plays into

21  your decision making, because that would not

22  require the recalibration of meters.

1           COMMISSIONER COHN:  We  probably

2    need to address this all at one time, but I

3    would like to -- I mean, if we get the study

4    back, then we could address everything at that

5    point in time.

6           I guess the answer is, if we get

7    our study back, we can call a special meeting

8    of, you know, to address the --

9           (Simultaneous speakers.)

10          CHAIRMAN SWAIN:  -- discussion and

11   everything.

12          COMMISSIONER COHN:  Then have a

13   public meeting.  Let's discuss it, post.  If

14   we still have, I think gives us plenty of time

15   till September 15th.

16          CHAIRMAN SWAIN:  Right, we have

17   about four months.

18          COMMISSIONER COHN:  Four months.

19          COMMISSIONER BAKER:  Mr. Chairman?

20          CHAIRMAN SWAIN:  Sir?

21          COMMISSIONER BAKER:  So one, I

22   don't oppose a fare increase, but what I would

1    ask that we do, is for everyone to submit

2    their questions to you for the study.  Or at

3    least data that they would like to have in the

4    study.  So that we can make sure that we're

5    making decisions based on the same

6    perspective.

7              CHAIRMAN SWAIN:  Yes.

8              COMMISSIONER BAKER:  I'm hearing a

9    couple of things in the conversation that I

10   just want to make sure that we're clear about

11   whether we're trying to address or not.

12             So, for example, is the fare

13   increase intended to meet entirely the

14   $442,000 assessment?

15             CHAIRMAN SWAIN:  No.

16             COMMISSIONER BAKER:  I just want

17   to put out what I think are some of the

18   concerns that we could then hear in that

19   discussion.

20             And so that there's not this sense

21   that, you know, there's been a tax on the

22   drivers that had been passed on that their

1    increase doesn't totally cover.  Because, you

2    know, in effect, the fare increase has been a

3    tax on the riders.  And so, I mean, I don't

4    oppose again, the fare increase, but we're

5    tying it not to what their wage should be, but

6    to this assessment.  At least right now,

7    that's the way we're tying it.

8              So, I just want to kind of know

9    what our end goals of when we get a study, and

10   it says, this is what it will increases wages

11   by, or this is what will be additional

12   revenue.  Then we kind of know what benchmarks

13   we're trying to look for.

14             The other is that in terms of

15   comparativeness with other jurisdictions.

16             Other jurisdictions, particularly

17   Fairfax and Montgomery, have different income

18   levels.  And one of the reasons, for example,

19   we had the cap on the total dollar mileage in

20   the city.  Which I didn't support.  Was

21   because for people coming from far Southeast,

22   over to a hospital in northeast, we wanted to

1   make sure that they weren't paying exorbitant

2   rates.

3            And that was recognizing the low

4   income, particularly of people in far

5   Southeast.

6            So, I just want to make sure that

7   as we go into this discussion again, that

8   people put out for what their concerns are.

9   So that when we get here, we can make

10  reasonable decisions fairly quickly.  And that

11  we're not reopening.  And that we have common

12  expectations.

13           That's all I'm saying, is I just

14  think the end goal that we all have is to have

15  a reasonable fare rate increase.  Recognizing

16  the times that we're in.  That doesn't also,

17  you know, I think in a way dissuade the riding

18  public from using our taxicab service, in a

19  time of recession.

20           COMMISSIONER COHN:  I think

21  everything you said is well reasoned, all

22  right?  And I concur with it.  But I think

1    there's one thing I don't agree with.  I don't

2    think this has anything -- the fees have

3    nothing to do with the increase.

4              COMMISSIONER BAKER:  Right.

5              (Simultaneous speakers.)

6              COMMISSIONER BAKER:  I understand,

7    but since we were tying it to that resolution,

8    I just wanted to be clear.

9              COMMISSIONER COHN:  Well we're not

10   tying this -- I think that the Commissioner

11   said that we will not support a fee increase

12   unless there is some type of fare increase.

13   Because we -- although we don't have the study

14   in front of us and the study has not been

15   blessed by the -- the people who were going to

16   do it, all the information that we have now,

17   indicates that we are the lowest jurisdiction

18   in terms of fare.  I don't think we should be

19   the lowest.  It'd be the first time in

20   history, Washington is the lowest at anything.

21             COMMISSIONER BAKER:  I think that

22   that's a different issue.  I mean, quite

1    frankly, I don't think that, first of all I

2    want to acknowledge, we don't have a

3    disagreement on fare increase.

4              So, the last point you're making,

5    we don't need to discuss.

6              I do think, however, no matter

7    semantically how we put it, if we're saying

8    we're not going to support the fee increase

9    without a fare increase, that's tying it.  And

10   I just want to make sure that we understand

11   that the fare increase stands on its own.  We

12   probably would've asked for that anyway.  And

13   so that when we're then looking at the data

14   that is not directly tied to what these fees

15   are.  And so, I actually wanted to decouple

16   it.

17             And so, let's --

18             COMMISSIONER HEINEMANN:  I would

19   respectfully disagree.  The fees that go in

20   effect in October, pass on an added cost.

21             COMMISSIONER BAKER:  Right.

22             COMMISSIONER HEINEMANN:  So, I

1    mean, obviously the two are tied.  Call it

2    what you will.

3              I mean, because increased fares

4    provide some drivers an increased ability to

5    meet these fees.  Without an increase in

6    fares, the drivers might feel a little

7    squeezed.  And so I think it's imperative,

8    where as before, I mean that, you know, we had

9    back and forth on, you know, the fare

10   structure, whose authority it resides with,

11   when we get a study done.  This actually adds

12   sort of an incentive or directive that we get

13   the fare issue resolved sooner rather than

14   later.

15              COMMISSIONER BAKER:  Sure.

16              COMMISSIONER PAHWA:  So we should

17   be hearing something before the 15th of May,

18   right?

19              CHAIRMAN SWAIN:  We've asked for a

20   30-day turnaround on the study, yes.

21              COMMISSIONER PAHWA: So what do you

22   think?

1                  COMMISSIONER COHN:  When do you

2    expect it to be met?

3                  COMMISSIONER PAHWA:  Yes.

4                  MS. THOMPSON:  I just wanted to

5    clarify something.

6                  COMMISSIONER PAHWA:  Yes.

7                  MS. THOMPSON:  I thought

8    Commissioner Baker was saying that if we speed

9    the study along as well, that the

10   commissioners should also submit questions.

11   So, I just want to make sure we didn't lose

12   sight of that.

13                 (Simultaneous speakers.)

14                 COMMISSIONER BAKER:  That's really

15   my point.  Thank you very much.

16                 COMMISSIONER ALLEN:  Mr. Chairman,

17   I call for the question.

18                 CHAIRMAN SWAIN:  Well, I have no

19   questions at all.

20                 COMMISSIONER ALLEN:  You haven't

21   spoken.

22                 CHAIRMAN SWAIN:  Yes.

1                COMMISSIONER ALLEN:  So after you.

2                CHAIRMAN SWAIN:  Okay, Mr. Baker,

3      do you have a time frame of when commissioners

4      should submit their questions?

5                COMMISSIONER BAKER:  Well, I would

6      hope in the next seven, or three to five

7      business days.  Just so that if the process is

8      underway, you all can chart that out.

9                CHAIRMAN SWAIN:  Right.

10               COMMISSIONER BAKER:  I mean, I

11     think that can be fairly immediate.

12               CHAIRMAN SWAIN:  Okay.

13               MS. THOMPSON:  No, these are

14     questions that would be going to, essentially

15     to help with the vendor, in terms of scope.

16     So, I was trying to speed around.

17               CHAIRMAN SWAIN:  I was also.

18               MS. THOMPSON:  That's my

19     suggestion.

20               CHAIRMAN SWAIN:  Okay, so if we

21     can get the questions that the commissioners

22     have, within three to seven days.  I believe

```
 1   everyone has everyone's e-mail.

 2            Okay, we can go ahead and also

 3   what we're going to do, is that we will be

 4   asking that the drivers and the companies also

 5   submit their information to us, so we can pass

 6   that information on to the vendor.

 7            COMMISSIONER BAKER:  Okay, Mr.

 8   Chairman?

 9            CHAIRMAN SWAIN:  Yes, sir?

10            COMMISSIONER BAKER:  If I could

11   just amend that.  That, I mean, maybe

12   notification can be posted on our website,

13   that announces the study and requests comments

14   of the public.

15            That includes riders and drivers.

16   And I think that they're legitimate questions

17   that the riders have.

18            COMMISSIONER HEINEMANN:  So in

19   other words, this sort of speeds up the

20   comment process, or?

21            CHAIRMAN SWAIN:  Yes, I think it

22   does.
```

1              COMMISSIONER HEINEMANN:  Okay.

2              COMMISSIONER PAHWA:  Is there any

3    deadline on those questions?  What and when?

4              CHAIRMAN SWAIN:  I would like to

5    have everybody to do it within the five to

6    seven days so we can get started.  I'd like

7    the Commission to have theirs in in five or

8    seven days.  We'll get this posted on the

9    Website.

10             COMMISSIONER PAHWA:  So should we

11   do it by the 15th of April?

12             CHAIRMAN SWAIN:  Soon as I walk

13   out of here.  I'm going to go talk to our

14   person.  See how soon we can get it on that

15   website, but intend to give it this --

16             COMMISSIONER PAHWA:  But that make

17   it 15th of April then.

18             MS. THOMPSON:  As long as we get a

19   weekend.

20             COMMISSIONER PAHWA:  Yes.  Yes,

21   that's week, so we have time to.

22             COMMISSIONER ALLEN:  They can't

1   hear you all, so if you would speak just a

2   little louder.  I see several people in the

3   audience cupping their ears so they can't hear

4   you.

5           CHAIRMAN SWAIN:  Yes.  Normally

6   that's not a problem in here.

7           All right, okay what we're going

8   to do -- can you hear me now?

9           Okay, what we're going to do is

10  the commissioners will be submitting their

11  questions that they'd like for the vendor to

12  explore.  We're also going to be asking the

13  public, both the riding public and the driving

14  sector of the industry, to submit their

15  questions, so we can go ahead and submit all

16  this information to whatever vendor is chosen,

17  so we can get a complete study.  And we're

18  asking for an expedited turnaround of the

19  study.  So we can go ahead and move forward.

20          MS. THOMPSON:  So that's 45 days?

21          CHAIRMAN SWAIN:  Yes.

22          (Off the record comments.)

1   what we're going to do.  We'll go ahead and

2   we'll start posting everything.  We'll get it

3   on the website and we will also ask for the

4   public's input.

5           Okay, what we're going to do right

6   now -- everybody have a copy of the minutes?

7           COMMISSIONER BAKER:  I'm sorry,

8   Mr. Chairman.

9           CHAIRMAN SWAIN:  Yes, sir.

10          COMMISSIONER BAKER:  So, that

11  motion addressed the fees, I mean the rates.

12          CHAIRMAN SWAIN:  It addressed the

13  package.

14          COMMISSIONER BAKER:  I just want

15  to be clear, because I didn't think it did,

16  but if it does, that's fine.

17          COMMISSIONER ALLEN:  Right, okay,

18  I believe we were voting on the original

19  motion for the fee increase with the amendment

20  --

21          COMMISSIONER BAKER:  It was an

22  amendment?

1           COMMISSIONER ALLEN:  Yes.

2           COMMISSIONER BAKER:  Okay.

3           CHAIRMAN SWAIN:  Complete package.

4           COMMISSIONER ALLEN:  And that's

5    what the vote was.  Cause I accepted the

6    amendment.

7           COMMISSIONER PAHWA:  And I second

8    it.

9           COMMISSIONER BAKER:  Okay, so just

10   to be clear, because the council is going to

11   act before we do, is our motion then to

12   support the fees and to enact a rate increase

13   prior to September 15th?  Or, is it simply to

14   establish a rate increase through a study

15   prior to the implementation of any new fees?

16          COMMISSIONER ALLEN:  Our motion

17   was to implement in this a mileage increase

18   with the amendment that Mr. Cohn made.  It

19   really does not reflect on these fees.  The

20   only --

21          COMMISSIONER BAKER:  That's what

22   I'm asking.

1          COMMISSIONER ALLEN:  -- fees, we

2     have not done yet.  And I would suggest to my

3     colleagues that they allow the Chairman to

4     make the decision on the fees, since we have

5     not been given -- we have not been given our

6     authority, as of yet.  It is coming, but it is

7     not here.

8          So at this moment, we don't any

9     authority, unless I missed something, and you

10    know I miss a lot of stuff.  So I may have

11    missed something.  And that I will rely on the

12    Chairman's decision as to how to deal with

13    these fees.  But a caveat should be put in our

14    minutes.  That this Commission did not agree

15    in totality with the fee increase, unless the

16    pay increase has been submitted.  That pay

17    increase has been approved.

18          MS. THOMPSON:  I guess we have to

19    get some clarification.

20          In that in essence goal

21    resolution?

22          COMMISSIONER HEINEMANN:  Suppose

1    there are two then, right?

2              CHAIRMAN SWAIN:  Yes, it looks

3    like there are two different resolution.

4              COMMISSIONER HEINEMANN:  There's

5    two saying that we need --

6              COMMISSIONER ALLEN:  We already

7    voted on the increase.

8              COMMISSIONER HEINEMANN:  -- by

9    September 15th, which we voted on.

10             CHAIRMAN SWAIN:  Right.

11             COMMISSIONER HEINEMANN:  Then

12   there's the other one saying that we would

13   only support this if a fare was increased.

14             COMMISSIONER ALLEN:  Okay, so

15   that's the resolution.

16             CHAIRMAN SWAIN:  That's the

17   resolution.

18             COMMISSIONER ALLEN:  Somebody want

19   to introduce it?

20             COMMISSIONER HEINEMANN:  I'll

21   introduce it.

22             CHAIRMAN SWAIN:  Okay, go ahead.

1              COMMISSIONER ALLEN:  I'll second.

2              COMMISSIONER HEINEMANN: The motion

3     is that we would be supportive of the fare --

4     I mean, of the fee increases, provided an

5     increase in fare is already in place.

6              COMMISSIONER PAHWA:  I second it.

7              COMMISSIONER ALLEN:  I seconded

8     it.

9              COMMISSIONER COHN:  She already

10    seconded it.

11             COMMISSIONER HEINEMANN:  Okay.

12             CHAIRMAN SWAIN:  Okay, good.

13             COMMISSIONER BAKER:  This is going

14    to be what?

15             COMMISSIONER ALLEN:  He said it.

16             CHAIRMAN SWAIN:  I'm going to

17    leave it alone.  Sometimes just leave it

18    alone.

19             I'm going to go ahead and call for

20    the vote.

21             All in favor?

22             (Chorus of ayes.)